THE STATE OF WASHINGTON, *Respondent,* v. EDWARD J. DAUDELIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–8–02209–3, H. Joseph Coleman, J., entered April 8, 1982. *Affirmed* by unpublished opinion per

Andersen, C.J., concurred in by Callow and Scholfield, JJ.